UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID GOLDENKRANZ et al.,<br><br>Plaintiff(s),<br>v.<br><br>HYUNDAI MOTOR AMERICA et al.,<br><br>Defendant(s). | CASE NO. 2:26−cv−03581−JNW<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Jamal N Whitehead, United States District Judge. All future documents filed in this case must bear the cause number 2:26−cv−03581−JNW and bear the Judge's name in the upper right hand corner of the document.

DATED October 20, 2026

Joshua C. Lewis
Clerk of Court

By: /s/ Stefanie Prather
Deputy Clerk